# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GANESH KASILINGAM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TILRAY, INC., BRENDAN KENNEDY, and MARK CASTANEDA,<br><br>Defendants. | CASE No.: 1:20-cv-03459-PAC<br><br>[PROPOSED] ORDER AMENDING BRIEFING SCHEDULE<br><br>CLASS ACTION |

Plaintiffs having requested a one-week extension of their time to file their opposition to Defendants' motion to dismiss (ECF No. 82), and good cause appearing:

1. Plaintiffs' shall file their opposition to the motion to dismiss on or before January 25, 2021.

2. Defendants' shall file their reply in further support of their motion to dismiss the Amended Complaint on or before February 24, 2021.

IT IS SO ORDERED.

DATED: 1/13/2021

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE