**THE ROSEN LAW FIRM, P.A.**
Jonathan Horne (JH 7258)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the putative Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GANESH KASILINGAM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br><br> v. <br><br><br> TILRAY, INC., BRENDAN KENNEDY, and MARK CASTANEDA, <br><br> Defendants. | CASE No.: 1:20-cv-03459-PAC <br><br> **DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** <br><br><br> **CLASS ACTION** |

I, Jonathan Horne, pursuant to 28 U.S.C. § 1746, declare:

1.     I am a member of the bar of this Court and an attorney at The Rosen Law Firm, P.A., Lead Counsel for Lead Plaintiff Saul Kassin and Named Plaintiffs Craig Scoggin, Surinder Chandok, and Leslie Rose ("Plaintiffs"). I make this Declaration solely to transmit documents in support of Plaintiffs Memorandum of Law in Opposition to Defendants' Motion to Dismiss, dated January 25, 2021.

2.     Attached hereto are true and correct copies of the following:

1

Exhibit 1: Excerpts from Tilray's April 15, 2019 Proxy Statement

Exhibit 2: Excerpts from February 16, 2007 Consolidated Class Action Complaint in *In re Elan Corp. Securities Litigation*, Case No. 1:05-cv-02860-RJH;

Exhibit 3: Transcript of Tilray Inc.'s March 2, 2020 Q4 2019 Earnings Call;

Exhibit 4: Accounting Standards Codification (ASC) regarding Contingencies.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of January 2021, at New York.

<u>/s/Jonathan Horne</u>
Jonathan Horne