# EXHIBIT 1

DEF 14A 1 tlry-def14a_20190530.htm DEF 14A

**SCHEDULE 14A INFORMATION**

Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934

(Amendment No.___)

Filed by the Registrant                                                   ☒

Filed by a Party other than the Registrant                 ☐

Check the appropriate box:

☐          Preliminary Proxy Statement

☐          Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))

☒          Definitive Proxy Statement

☐          Definitive Additional Materials

☐          Soliciting Material Pursuant to § 240.14a-12

Tilray, Inc.
_____
(Name of Registrant as Specified In Its Charter)

_____
(Name of Person(s) Filing Proxy Statement if Other Than the Registrant)

Payment of Filing Fee (Check the appropriate box)

☐          No fee required.

☐          Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

Title of each class of securities to which transaction applies:

_____

Aggregate number of securities to which transaction applies:

_____

Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (Set forth the amount on which the filing fee is calculated and state how it was determined):

_____

Proposed maximum aggregate value of transaction:

_____

Total fee paid:

_____

☐          Fee paid previously with preliminary materials.

☐          Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously.  Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

Amount Previously Paid:

_____

Form, Schedule or Registration Statement No.:

_____

Filing Party:

_____

Date Filed:

_____

**TILRAY, INC.**
**1100 MAUGHAN ROAD**
**NANAIMO, BC, CANADA, V9X IJ2**

**NOTICE OF ANNUAL MEETING OF STOCKHOLDERS**

**To Be Held On May 30, 2019**

Dear Stockholder:

You are cordially invited to attend the Annual Meeting of Stockholders of Tilray, Inc., a Delaware corporation (the "Company").  The meeting will be held on Thursday, May 30, 2019 at 10:00 AM local time at McCaw Hall, Nesholm Facility Lecture Hall, 321 Mercer Street, Seattle, Washington 98102 for the following purposes:

1.  To elect the two nominees for director named herein to the Board of Directors to hold office until the 2022 Annual Meeting of Stockholders.

2.  To ratify the selection by the Audit Committee of the Board of Directors of Deloitte LLP as our independent registered public accounting firm of the Company for its fiscal year ending December 31, 2019.

3.  To conduct any other business properly brought before the meeting.

These items of business are more fully described in the Proxy Statement accompanying this Notice.

The record date for the Annual Meeting is April 1, 2019.  Only stockholders of record at the close of business on that date may vote at the meeting or any adjournment thereof.

By Order of the Board of Directors

/s/ Dara Redler

Dara Redler
Legal General Counsel and Corporate Secretary

Nanaimo, BC, Canada
April 15, 2019

**You are cordially invited to attend the meeting in person.  Whether or not you expect to attend the meeting, please complete, date, sign and return the proxy mailed to you, or vote over the internet as instructed in these materials, as promptly as possible in order to ensure your representation at the meeting. Voting instructions are provided in the Notice of Internet Availability of Proxy Materials, or, if you receive a proxy card by mail, the instructions are printed on your proxy card and included in the accompanying proxy statement.  Even if you have voted by proxy, you may still vote in person if you attend the meeting.  Please note, however, that if your shares are held of record by a broker, bank or other nominee and you wish to vote at the meeting, you must obtain a proxy issued in your name from that record holder.**

**TABLE OF CONTENTS**

| | **Page** |
|---|---|
| PROXY STATEMENT | |
| PROPOSAL NO. 1 ELECTION OF DIRECTORS | 6 |
| INFORMATION REGARDING COMMITTEES OF THE BOARD OF DIRECTORS | 10 |
| PROPOSAL NO. 2 RATIFICATION OF SELECTION OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM | 14 |
| REPORT OF THE AUDIT COMMITTEE OF THE BOARD OF DIRECTORS | 16 |
| SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT | 17 |
| SECTION 16(A) BENEFICIAL OWNERSHIP REPORTING COMPLIANCE | 19 |
| EXECUTIVE OFFICERS | 20 |
| EXECUTIVE COMPENSATION | 21 |
| DIRECTOR COMPENSATION | 25 |
| EQUITY COMPENSATION PLAN INFORMATION | 26 |
| TRANSACTIONS WITH RELATED PERSONS | 27 |
| OTHER MATTERS | 31 |

# EXECUTIVE COMPENSATION

Our named executive officers, consisting of our principal executive officer and the next two most highly compensated executive officers, as of December 31, 2018 (the "Named Executive Officers"), were:

- Brendan Kennedy, President and Chief Executive Officer;

- Edward Wood Pastorius, Jr., Chief Revenue Officer; and

- Mark Castaneda, Chief Financial Officer and Treasurer (Secretary during 2018).

## SUMMARY COMPENSATION TABLE

The following table presents all of the compensation paid or awarded to or earned by our Named Executive Officers during 2018 from us or any of our affiliates:

| Name and Principal Position | Year | Salary | Bonus | Option Awards[1] | Stock Awards[1] | Non-Equity Incentive Plan Compensation | All Other Compensation | Total |
|---|---|---|---|---|---|---|---|---|
| Brendan Kennedy | 2018 | $ 425,000 | $425,000 | $25,147,534 | $5,819,925 | $ — | $ — | $31,817,459 |
| *President and Chief Executive Officer* | 2017 | 375,000 | — | — | — | — | — | 375,000 |
| Edward Wood Pastorius, Jr. | 2018 | 265,000 | 125,000 | 1,562,171 | 775,990 | — | 43,200[2] | 2,771,361 |
| *Chief Revenue Officer* | 2017 | 250,000[3] | — | — | — | — | 36,000[3] | 286,000 |
| Mark Castaneda | 2018 | 230,000 | 230,000 | 2,482,929 | 1,551,980 | — | — | 4,494,909 |
| *Chief Financial Officer and Treasurer (Secretary during 2018)* | | | | | | | | |

(1) The amounts reported do not reflect the amounts actually received by our executive officers. Instead, these amounts reflect the aggregate grant date fair value of each stock option granted to our executive officers during 2017, as computed in accordance with Financial Accounting Standards Board, or FASB, Accounting Standards Codification, or ASC 718. Assumptions used in the calculation of these amounts are included in Note 13 to our consolidated financial statements included in our Annual Report on Form 10-K for the year ended December 31, 2018. As required by SEC rules, the amounts shown exclude the impact of estimated forfeitures related to service-based vesting conditions. Our executive officers who have received options will only realize compensation with regard to these options to the extent the trading price of our common stock is greater than the exercise price of such options.

(2) Includes: (a) $42,000 of reimbursement for living expenses and (b) $1,200 for cell phone reimbursement.

(3) Represents amounts received from Privateer Holdings, Inc.

21

**OUTSTANDING EQUITY AWARDS AT FISCAL YEAR END**

The following table shows for the fiscal year ended December 31, 2018, certain information regarding outstanding equity awards at fiscal year-end for the Named Executive Officers.

| | Grant Date | Vesting Commencement Date | Option Awards | | | | Stock Awards | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Number of Securities Underlying Unexercised Options (#) Exercisable | Number of Securities Underlying Unexercised Options (#) Unexercisable | Option Exercise Price Per Share(1) | Option Expiration Date | Number of Shares or Units of Stock That Have Not Vested | Market Value of Shares or Units of Stock That Have Not Vested(7) |
| Brendan Kennedy | 5/21/2018 | 1/1/2017 | 1,312,500 | 1,687,800 (2)(3) | $ 7.76 | 5/20/2028 | | |
| | 5/21/2018 | 1/1/2017 | | | | | — | $ 52,905,000 (2)(4)(5) |
| | 8/31/2018 | 8/6/2018 | — | 343,735 (2)(3) | 65.20 | 8/30/2028 | | |
| Edward Wood Pastorius, Jr. | 5/21/2018 | 4/1/2018 | — | 350,000 (2)(3) | 7.76 | 5/20/2028 | | |
| | 5/21/2018 | 1/1/2017 | | | | | — | 7,054,000 (2)(4)(5) |
| Mark Castaneda | 5/21/2018 | 7/23/2018 | 300,000 | 300,000 (2)(3) | 7.76 | 5/20/2028 | | |
| | 5/21/2018 | 4/1/2018 | | | | | — | 14,108,000 (2)(4)(5)(6) |

(1) Prior to our IPO, the exercise price per share reflects the fair market value per share of our common stock on the date of grant as determined by our Board. Following our IPO, the exercise price reflects the closing price of our Class 2 common stock on the date of grant.

(2) Pursuant to the executive agreements between the named executive officer and us, the vesting of such named executive officer's stock and option awards will accelerate under certain circumstances as described under "—Employment, Severance and Change of Control Arrangements."

(3) The shares subject to the option are scheduled to vest as follows: 25% of the shares on the twelve (12) month anniversary of the Vesting Commencement Date and the remaining option shares will vest quarterly thereafter at the rate of 6.25% of the total number of shares on each quarterly anniversary of the Vesting Commencement Date thereafter for so long as the optionee remains in Continuous Service (as defined in the Company's 2018 Amended and Restated Equity Incentive Plan (the "2018 Plan")), such that the total number of shares shall be fully vested on the four-year anniversary of the Vesting Commencement Date.

(4) The shares subject to the RSU shall vest over a four-year period as follows: two vesting requirements must be satisfied for the RSU to vest - a time and service requirement and a Liquidity Event (as defined below) requirement. The time and service requirement is as follows: the RSUs shall vest at the rate of 25% of the RSUs on the twelve (12) month anniversary of the Vesting Commencement Date, and the remaining RSUs will vest quarterly thereafter at the rate of 6.25% of the total number of RSUs on each quarterly anniversary of the Vesting Commencement Date. The Liquidity Event requirement will be satisfied as to any then-outstanding RSU on the first to occur of: (1) a Change in Control (as defined in the 2018 Plan); or (2) the date following the effective date of a registration statement of the Company filed under the Securities Act for the sale of the Company's common stock on which all shares of common stock issued or issuable under the 2018 Plan are not subject to the lock-up restrictions. The total number of RSUs shall be fully vested on the four-year anniversary of the Vesting Commencement Date, provided that the optionee has remained in Continuous Service (as defined in the 2018 Plan) through each applicable vesting date.

(6) The RSUs shall vest according to the vesting schedule described above, provided, however, the RSUs shall fully vest upon the one-year anniversary of the IPO, provided that the optionee remains in Continuous Service (as defined in the 2018 Plan) until such date.

(7) This amount reflects the fair market value of our Class 2 common stock of $70.54 per share, which was the closing price of our Class 2 common stock on December 31, 2018.

**PENSION BENEFITS**

Our named executive officers did not participate in, or otherwise receive any benefits under, any pension or defined benefit retirement plan sponsored by us in 2018.

https://www.sec.gov/Archives/edgar/data/1731348/000156459019011631/tlry-def14a_20190530.htm#EXECUTIVE_COMPENSATION

## NONQUALIFIED DEFERRED COMPENSATION

Our named executive officers did not participate in, or earn any benefits under, a nonqualified deferred compensation plan sponsored by us during 2018.

## EMERGING GROWTH COMPANY STATUS

We are an "emerging growth company" as defined in the JOBS Act. As an emerging growth company we will be exempt from certain requirements related to executive compensation, including, but not limited to, the Nasdaq requirements to hold a nonbinding advisory vote on executive compensation and to provide information relating to the ratio of total compensation of our Chief Executive Officer to the median of the annual total compensation of all of our employees, each as required by the Investor Protection and Securities Reform Act of 2010, which is part of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

## EMPLOYMENT, SEVERANCE AND CHANGE IN CONTROL ARRANGEMENTS

We have entered into offer letters with each of our named executive officers. The offer letters generally provide for at-will employment and set forth the executive's initial base salary, target variable compensation, eligibility for employee benefits, the terms of initial equity grants and in some cases severance benefits on a qualifying termination. Each of our named executive officers has also executed our standard form of proprietary information agreement. Any potential payments and benefits due upon a termination of employment or a change of control of us are further described below.

### Brendan Kennedy

Mr. Kennedy serves as our President and Chief Executive Officer. In May 2018, we entered into an employment agreement with Mr. Kennedy, or the Kennedy Employment Agreement, pursuant to which he received an annual base salary of $425,000 with a target annual bonus equal to 100% of his annual base salary. Mr. Kennedy's current base salary is $577,060. In addition, Mr. Kennedy was granted an option to purchase 3,000,000 shares of our Class 2 common stock and an additional option to purchase 343,735 shares of our Class 2 common stock. Additionally, Mr. Kennedy was granted 750,000 RSUs. If Mr. Kennedy is terminated without cause or resigns for good reason, as such terms are defined in the Kennedy Employment Agreement, he will receive a severance payment equal to three times his base salary and target annual bonus, as then in effect and 100% accelerated vesting of all his then unvested stock options, RSUs and other equity-based awards. Mr. Kennedy is also entitled to COBRA benefits for up to 36 months after termination without cause or resignation for good reason. Upon a change in control, as such term is defined in the Kennedy Employment Agreement, all of Mr. Kennedy's unvested stock options, RSUs and other equity-based awards will vest in full.

### Edward Wood Pastorius, Jr.

Mr. Pastorius serves as our Chief Revenue Officer. In May 2018, we entered into an employment agreement with Mr. Pastorius, or the Pastorius Employment Agreement, pursuant to which he received an annual base salary of $250,000 with a target annual bonus equal to 50% of his annual base salary. In addition, Mr. Pastorius was granted an option to purchase 350,000 shares of our Class 2 common stock and 100,000 RSUs. If Mr. Pastorius is terminated without cause or resigns for good reason, as such terms are defined in the Pastorius Employment Agreement, he will receive a severance payment equal to 18 months of his base salary and COBRA benefits for up to 18 months after such termination or resignation. Upon a change in control, as such term is defined in the Pastorius Employment Agreement, all of Mr. Pastorius's unvested stock options, RSUs and other equity-based awards will vest in full.

### Mark Castaneda

Mr. Castaneda serves as our Chief Financial Officer and Treasurer (Secretary during 2018). In May 2018, we entered into an employment agreement with Mr. Castaneda, or the Castaneda Employment Agreement, pursuant to which he received an annual base salary of $230,000 with a target annual bonus equal to 50% of his annual base salary. Mr. Castaneda's current base salary is $402,000. In addition, Mr. Castaneda was granted an option to purchase 600,000 shares of our Class 2 common stock and 200,000 RSUs. If Mr. Castaneda is terminated without cause or resigns for

23

https://www.sec.gov/Archives/edgar/data/1731348/000156459019011631/tlry-def14a_20190530.htm#EXECUTIVE_COMPENSATION     28/38