UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GANESH KASILINGAM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TILRAY, INC., BRENDAN KENNEDY, and MARK CASTANEDA,<br><br>Defendants, | Case No. 20-cv-03459(PAC)(KNF) |

## [PROPOSED] ORDER GRANTING WITHDRAWAL OF APPEARANCE OF

## TIFFANY A. MIAO

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration, Tiffany A. Miao, of Baker & Hostetler LLP, is hereby withdrawn as counsel for Defendants Tilray, Inc., Brendan Kennedy, and Mark Castaneda.

New York NY
1/3/2022    **SO, ORDERED**

_____
U.S.D.J.