**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the putative Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GANESH KASILINGAM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br><br> v. <br><br><br> TILRAY, INC., BRENDAN KENNEDY, and MARK CASTANEDA, <br><br> Defendants. | **CASE No.: 1:20-cv-03459-PAC** <br><br> **DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** <br><br><br> **CLASS ACTION** |

I, Jonathan Horne, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.    I am a member of the bar of this Court and an attorney for Lead Plaintiff Saul Kassin and Named Plaintiffs Craig Scoggin, Surinder Chandok, and Lesli Rose ("Plaintiffs"). I make this Declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint, dated March 24, 2022 and filed herewith. I have

1

personal knowledge of the matters stated herein and, if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1: Mathematical calculations supporting figures set out in the Memorandum of Law in Opposition to Defendants' motion to dismiss.

Exhibit 2:  Form of Amended and Restated Privateer Charter, filed on EDGAR on November 12, 2019.

Exhibit 3: December 20, 2018, Statement from FDA Commissioner Scott Gottlieb, M.D., cited in Defendants' Memorandum of Law in Support of their Motion to Dismiss at 5 n.5.

Exhibit 4:  David F. Larcker et al, *Gaming the System: Three "Red Flags" of Potential 10B5-1 Abuse* (Stanford Closer Look Series Jan. 19, 2021);

Exhibit 5:  Forms 144 of Brendan Kennedy, dated March 1, 2019 through February 13, 2020, obtained from *Bloomberg*.

Exhibit 6:  Pages of the Prospectus for the Share Exchange, filed on EDGAR on November 12, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of March 2022, at New York.

/s/ Jonathan Horne
Jonathan Horne

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Jonathan Horne