# Exhibit 1

## CALCULATIONS SUPPORTING MATHEMATICAL FIGURES SET OUT IN COMPLAINT

### I. DEFENDANT KENNEDY'S STOCK SALES AND HOLDINGS
#### A. Sources of shares

*January 1, 2017 Vesting Commencement Date plan ("2017 Plan") (Dkt. # 102-10 at 1)*

750,000 Restricted Stock Units

3,000,000 Stock Options with an exercise price of $7.76

Vesting schedule: 25% on January 1, 2018; 6.25% every quarter thereafter. In addition, accrued RSUs will not vest until January 23, 2018, the end of the IPO lockup.

*August 6, 2018 Vesting Commencement Date plan ("2018 Plan") (Dkt. # 102-10 at 5)*

343,735 stock options with exercise price of $0.00

Vesting schedule: 25% on August 6, 2019. 2.1% every month thereafter

*Other*

14,706 shares purchased in IPO

All additional shares entering pool are subject to a lock-up agreement

#### B. Shares available to sell

*Number of shares available to sell as of January 24, 2019:*

| Number of shares available to sell as of January 24, 2019 | |
|---|---|
| From IPO purchases | 14,706 |
| Options to buy stock for $7.76/share from 2017 Plan | 1,500,000 |
| Vested restricted stock units from 2017 plan | 375,000 |
| **Total** | **1,889,706** |

*Number of Shares Available to Sell During Class Period*

| Number of shares available to sell during the Class Period | |
| --- | --- |
| Options to buy stock for $7.76/share from 2017 Plan | 750,000 |
| Vested restricted stock units from 2017 Plan | 187,500 |
| Options to buy shares for $0.00/share, consisting of 171,867.5 vesting on August 9, 2018, and 50,128.02 vesting between August 10 and March 3 from 2018 Plan | 221,995.52 |
| **Total shares vested after January 24, 2019** | **1,159,495.52** |
| **Shares available to sell as of January 24, 2019** | **1,889,706** |
| **Total shares available to sell during Class Period** | **3,049,201.52** |

### C. Kennedy's stock sales as percentage of shares available to sell

643,164 shares sold

| Percentage of shares available to sell as of January 23, 2019 | **34.0%** |
| --- | --- |
| Percentage of shares available to sell during the Class Period | **21.1%** |
| Percentage of shares available to sell as of the end of the Class Period | **26.7%** |

## II. DEFENDANT KENNEDY'S PROCEEDS FROM SELLING SHARES

*Kennedy's proceeds from selling personally-owned shares*

Applicable tax rate: 23.8%. Second Amended Complaint ("Complaint") ¶157.

Kennedy retains **76.2%** of proceeds from selling personally-held Tilray shares

*Kennedy's proceeds from selling Privateer-owned Tilray shares*

Corporate tax rate: 21%. Complaint ¶157.

Personal tax rate applied after corporate tax: 23.8%. *Id.*

After tax proceeds from successive application of taxes: 60% ((1*(1-0.21))*(1-0.238)

Kennedy's percentage ownership in Privateer

| | |
|---|---|
| Approximate number of Tilray shares owned by Kennedy before Share Exchange. Horne Dec. Ex. 6 at 187. | 2,888,947. |
| Number of Tilray shares owned by Kennedy after the Share Exchange. Horne Dec. Ex. 6 at 79. | 12,897,078. |
| Number of Tilray shares obtained by Kennedy in Share Exchange. Line 2 minus line 1. | 10,008,131. |
| Total number of Tilray shares by Privateer. Horne Dec. Ex. 6 at 187. | 75,000,000. |
| **Kennedy's percentage interest in Privateer Line 3 divided by line 4.** | **13.3%** |

Kennedy retains **8.0%** of Privateer's proceeds from selling Tilray shares. (0.6*(1-0.133))

3