**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the putative Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GANESH KASILINGAM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br><br>v.<br><br><br>TILRAY, INC., BRENDAN KENNEDY, and MARK CASTANEDA,<br><br>Defendants. | Civil Action No.: 1:20-cv-03459-PAC<br><br>CLASS ACTION |

## NOTICE OF SUPPLEMENTAL AUTHORITY

PLEASE TAKE NOTICE THAT Lead Plaintiffs submit as supplemental authority in further support of their Opposition, ECF No. 103, to Defendants' Motion to Dismiss, ECF No. 99, the recent opinion from the United States Court of Appeals for the Tenth Circuit in *Indiana Pub. Ret. Sys. v. Pluralsight, Inc.*, No. 21-4058, 2022 WL 3591140 (10th Cir. Aug. 23, 2022), attached hereto as Exhibit A.  Reversing in part the district court's dismissal, the Court held:

> As Plaintiffs and amici observe, a defendant who knows the schedule of their 10b5-1 plan could be motivated to make material misrepresentations affecting the stock price to their benefit before a scheduled sale or to trigger a sale at a particular price. Thus, we hold the mere fact that a trade was made under a 10b5-1 plan does not per se rebut the inference of scienter where, as here, a defendant was allegedly motivated to mispresent or withhold material information to affect a stock price in anticipation of a previously scheduled trade. The district court erred in concluding that *Level 3* held otherwise.

Slip Op. at 52.

*Pluralsight* supports Plaintiffs' argument that "Kennedy's impending stock sales gave him a motive to mislead investors about the ABG Agreement."  ECF No. 103 at 16 n.12.

Dated: August 29, 2022                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Jonathan Horne
Jonathan Horne (JH 7258)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: jhorne@rosenlegal.com
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 29, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/Jonathan Horne</u>

2