UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GANESH KASILINGAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against-<br><br>TILRAY, INC., BRENDAN KENNEDY, and MARK CASTANEDA,<br><br>Defendants. | Case No. 20-cv-03459-PAC |

### NOTICE OF DEFENDANTS' MOTION FOR RECONSIDERATION AND/OR TO CERTIFY FOR INTERLOCUTORY APPEAL

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the Defendants' Motion for Reconsideration and/or to Certify for Interlocutory Appeal, and all prior proceedings, pleadings, and filings in this Action, Defendants Tilray, Inc. and Brendan Kennedy ("Defendants") hereby move this Court, before the Honorable Paul A. Crotty, United States District Judge, at a time to be determined by the Court, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order reconsidering the Court's Opinion & Order, dated September 28, 2022 (Dkt. #109), pursuant to Federal Rule of Civil Procedure 54 and Local Civil Rule 6.3 and dismissing the Second Amended Complaint pursuant to Rule 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 et seq., and/or for an Order certifying for interlocutory appeal the Court's September 28, 2022 Opinion & Order pursuant to 28 U.S.C. § 1292(b).

**PLEASE TAKE FURTHER NOTICE** that Defendants request a hearing on their Motion for Reconsideration and/or to Certify for Interlocutory Appeal.

Dated: October 12, 2022

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s Douglas W. Greene*

Douglas W. Greene (*pro hac vice*)
Zachary R. Taylor
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
dgreene@bakerlaw.com
ztaylor@bakerlaw.com

Genevieve G. York-Erwin
999 Third Avenue, Suite 3900
Seattle, WA  98104
Telephone: 206.566.7079
gyorkerwin@bakerlaw.com

*Attorneys for Defendants*