**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the putative Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GANESH KASILINGAM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br><br>v.<br><br><br>TILRAY, INC., BRENDAN KENNEDY, and MARK CASTANEDA,<br><br>Defendants. | CASE No.: 1:20-cv-03459-PAC<br><br>**DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION**<br><br>**<u>CLASS ACTION</u>** |

I, Jonathan Horne, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.      I am a member of the bar of this Court and an attorney for Lead Plaintiff Saul Kassin and Named Plaintiffs Craig Scoggin, Surinder Chandok, and Leslie Rose ("Plaintiffs"). I make this Declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Reconsideration, dated November 9, 2022, and filed herewith. I make this declaration solely to transmit documents to the Court.

1

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:  Excerpts from Tilray's November 9, 2020 Form 10-Q

Exhibit 2: July 18, 2022 Status Letter to the Court in *In re Tilray, Inc.*

*Reorganization Litigation*, C.A. No. 2020-0137-KSJM.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of November 2022, at New York.

/s/ Jonathan Horne
Jonathan Horne

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Jonathan Horne