# EXHIBIT 2

EFiled: Jul 18 2022 05:01PM EDT
Transaction ID 67831443
Case No. 2020-0137-KSJM

# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

222 Delaware Avenue
Suite 800
Wilmington, Delaware 19801-1600

O: 302.304.7600
F: 866.974.7329

July 18, 2022

**Via *File and ServeXpress* and Hand Delivery**

The Honorable Kathaleen St. J. McCormick
Court of Chancery
Leonard L. Williams Justice Center
500 N. King Street
Wilmington, DE  19801

    **Re:**   ***In re Tilray, Inc. Reorganization Litig.*, C.A. No. 2020-0137-KSJM**

Dear Chancellor McCormick:

Further to my letter dated June 10, 2022 (Dkt. 205), I write on behalf of the Special Litigation Committee of the Board of Directors of Tilray, Inc. (the "SLC") to provide a further update on the progress of settlement discussions in the above-referenced action (the "Action").

The SLC, all of the Defendants, and certain non-parties participated in two mediation sessions before former Chancellor Andre G. Bouchard on June 27 and July 14, 2022.  I am pleased to report that the SLC has reached an agreement in principle with the Defendants and certain of the non-parties, and their respective insurers, to resolve the claims asserted in the Action for an aggregate amount of

AUSTIN    BEIJING    BOSTON    BRUSSELS    HONG KONG    LONDON    LOS ANGELES    NEW YORK    PALO ALTO
SAN DIEGO    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, DC    WILMINGTON, DE

**WILSON
SONSINI**

The Honorable Kathaleen St. J. McCormick
July 18, 2022
Page 2

$26.9 million to be paid to Tilray.  The parties' binding term sheet remains subject

to further documentation and approval by the Court.

Notwithstanding the successful resolution of the claims with the Defendants,

the SLC was unable to reach agreement with one of the non-parties against whom it

firmly believes that claims related to the Action can and should be asserted.  The

SLC is scheduled to meet this week with counsel for the plaintiffs about next steps

in the case and will promptly provide another update to inform Your Honor about

how the parties intend to proceed.

Should Your Honor have any questions, we are available at the Court's

convenience.

Respectfully submitted,

WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation

*/s/ William B. Chandler*

William B. Chandler III (I.D. No. 116)

*Attorney for Special Litigation Committee of
the Board of Directors of Tilray, Inc.*

Words: 221

**WILSON SONSINI**

The Honorable Kathaleen St. J. McCormick
July 18, 2022
Page 3


cc:    Gregory V. Varallo, Esquire (via File and Serve*Xpress*)
       Jeffrey M. Gorris, Esquire (via File and Serve*Xpress*)
       Christopher M. Foulds, Esquire (via File and Serve*Xpress*)
       Peter B. Andrews, Esquire (via File and Serve*Xpress*)
       Craig J. Springer, Esquire (via File and Serve*Xpress*)
       David Sborz, Esquire (via File and Serve*Xpress*)
       Blake Rohrbacher, Esquire (via File and Serve*Xpress*)
       Matthew W. Murphy, Esquire (via File and Serve*Xpress*)
       Daniel M. Silver, Esquire (via File and Serve*Xpress*)
       Sarah E. Delia, Esquire (via File and Serve*Xpress*)
       Susan W. Waesco, Esquire (via File and Serve*Xpress*)
       John P. DiTomo, Esquire (via File and Serve*Xpress*)
       Elizabeth A. Mullin, Esquire (via File and Serve*Xpress*)
       Bruce E. Jameson, Esquire (via File and Serve*Xpress*)
       Marcus E. Montejo, Esquire (via File and Serve*Xpress*)
       John G. Day, Esquire (via File and Serve*Xpress*)
       Matthew Davis, Esquire (via File and Serve*Xpress*)
       Michael A. Pittenger, Esquire (via File and Serve*Xpress*)
       David E. Seal, Esquire (via File and Serve*Xpress*)