**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the putative Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GANESH KASILINGAM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br><br> v. <br><br><br> TILRAY, INC., BRENDAN KENNEDY, and MARK CASTANEDA, <br><br> Defendants. | CASE No.: 1:20-cv-03459-PAC <br><br> **DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT** <br><br><br> **<u>CLASS ACTION</u>** |

I, Jonathan Horne, declare:

1.     I am a member of the bar of this Court and an attorney for Lead Plaintiff Saul Kassin and Named Plaintiffs Craig Scoggin, Surinder Chandok, and Leslie Rose ("Plaintiffs"). I make this Declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss, dated December 20, 2023, and filed herewith. I make this declaration solely to transmit documents to the Court.

2.     Attached hereto are true and correct copies of the following documents:

1

Exhibit 1: The operative Second Amended Complaint in *Arkansas Pub. Emps. Ret. Sys. v. Bristol-Myers Squibb Co.*, 28 F. 4th 343 (2d Cir. 2022);

Exhibit 2: Excerpts from Tilray, Inc's Schedule 14A dated March 12, 2021;

Exhibit 3: Calculations supporting certain figures stated in Plaintiffs' memorandum of law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of December 2023, at New York.

/s/ Jonathan Horne
Jonathan Horne

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 20, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Jonathan Horne