Case 1:20-cv-03459-MKV    Document 138-4    Filed 12/20/23    Page 1 of 3

# EXHIBIT 3

## CALCULATIONS SUPPORTING MATHEMATICAL FIGURES SET OUT IN COMPLAINT

### I. PERCENTAGE OF SHARES SOLD

a Number of shares sold: 643,164. ¶140.

b Total shares available to sell: 805,453. ¶140.

c Total unexercised options: 2,221,865. ¶140 n.17.

Percentage of shares sold including vested option: a/(b+c)=21.2%.


### II. DEFENDANT KENNEDY'S PROCEEDS FROM SELLING SHARES

*Kennedy's proceeds from selling personally-owned shares*

Applicable tax rate: 23.8%. ¶168.

Kennedy retains **76.2%** of proceeds from selling personally-held Tilray shares

*Kennedy's proceeds from selling Privateer-owned Tilray shares*

Corporate tax rate: 21%. *Id.*

Personal tax rate applied after corporate tax: 23.8%. *Id.*

After tax proceeds from successive application of taxes: 60% ((1*(1-0.21))*(1-0.238)

1

2

Kennedy's percentage ownership in Privateer (source documents set out in dkt. # 104-1):

| | |
|---|---|
| Approximate number of Tilray shares owned by Kennedy before Share Exchange. | 2,888,947. |
| Number of Tilray shares owned by Kennedy after the Share Exchange. | 12,897,078. |
| Number of Tilray shares obtained by Kennedy in Share Exchange. | 10,008,131. |
| Total number of Tilray shares by Privateer. | 75,000,000. |
| **Kennedy's percentage interest in Privateer Line 3 divided by line 4.** | **13.3%** |

Kennedy retains **8.0%** of Privateer's proceeds from selling Tilray shares. (0.6*(1-0.133))

2