UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2024

GANESH KASILINGAM, *individually and on behalf of all others similarly situated*,

        Plaintiff,

-against-

TILRAY, INC., BRENDAN KENNEDY, and MARK CASTANEDA,

        Defendants.

1:20-cv-03459-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On April 15, 2024, this matter was reassigned to this Court. IT IS HEREBY ORDERED that on or before August 1, 2024, the parties shall submit a single joint letter advising the Court of the status of this case.

**SO ORDERED.**

**Date: July 18, 2024**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**