**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GANESH KASILINGAM, individually and on
behalf of all others similarly situated,

                    Plaintiff,

  -against-                                    20 **CIVIL** 3459 (MKV)

                                                       **<u>JUDGMENT</u>**

TILRAY, INC., BRENDAN KENNEDY, and MARK
CASTANEDA,
                  Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2024, Defendants' motion to dismiss is GRANTED and the Third Amended Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       September 30, 2024

                                                        **DANIEL ORTIZ**
                                                      **Acting Clerk of Court**

                             **BY:**     *K. Mango*
                                                        **Deputy Clerk**